**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2280**

_____

LISA BURT, c/o Darrell Burns Minor Son,

                                        Plaintiff - Appellant,

        versus


DENTON   SHERIFF'S   DEPARTMENT,   of   Police;
PHILLIP BROWN, Sheriff; RONALD DIXON, Actual
"Tortfeasor" Officer,

                                        Defendants - Appellees.


_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
97-3416-CCB)

_____

Submitted:  January 21, 1999        Decided:  February 10, 1999

_____

Before LUTTIG, MOTZ, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Lisa Burt, Appellant Pro Se.  Paul T. Cuzmanes, Samuel Maddox
Riley, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa Burt seeks to appeal the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis, deny Burt's motion to expedite, deny Burt's motion for emergency relief and to supplement the record, and dismiss the appeal. See Burt v. Denton Sheriff, No. CA-97-3416-CCB (D. Md. July 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED